

**WELLS FARGO**

Legal Order Processing
S4001-01E
P.O. Box 29779
Phoenix, AZ 85038

July 03, 2023

U.S. District Court For The District Of Maryland
District Of Maryland
101 W. Lombard Street
Baltimore, MD 21201

```
_____ FILED      _____ ENTERED
_____ LODGED  S✓s  RECEIVED

      JUL 1 2 2023
         AT BALTIMORE
    CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY _____ DEPUTY
```

Subject: Information needed to resolve legal case

    Judgment debtor: MACKIE A. BARCH
    Date issued: November 28, 2022
    Legal order amount: $6,446,984.63
    Wells Fargo case number: 86344822
    Your reference number: 122MC00486  /LKG-23-101

Dear District Of Maryland

Wells Fargo received a legal order issued on  November 28, 2022  in the amount of  $6,446,984.63 , which was submitted against judgment debtor  MACKIE A. BARCH . To date, we have not received any instruction to disposition the case. To help us reach resolution, please complete steps 1 and 2 below.

**What you need to do**

1. Check one option below that best describes the status of this case, and provide information in the Comments field that explains your selection.

    ☐ Legal Order is pending

    ☐ Legal Order is closed and was satisfied on _____

    Comments:
    _____
    _____

2. Send us the completed copy of this letter and supporting documentation in one of the following ways:

    - **Fax** to 1-866-670-1561
    - **Mail** to:
        P.O. Box 29779
        S4001-01E
        Phoenix, AZ 85038

If you have questions, please call us at 480-724-2000, Monday - Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Sincerely,

Site Manager
Legal Order Processing


