# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAVID JOSHUA BARTCH**, | * | |
| Plaintiff/Judgment Creditor | * | |
| v. | * | Case No. BAH-23-101 |
| **MACKIE A. BARCH, ET AL.**, | * | |
| Defendant/Judgment Debtors | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONDENT HEIRLOOM RE HOLDINGS, LLC'S
## NOTICE OF DISTRIBUTION TO RECEIVER PURSUANT TO CHARGING ORDER

Charging Order Respondent Heirloom RE Holdings, LLC ("Heirloom"), through its undersigned counsel, hereby provides notice that on September 26, 2024, a distribution that was due to Trellis Holdings Maryland, Inc. in the amount of $39,606.00 was sent via courier to the Receiver (Paul H. Schwartz, Esq.) appointed pursuant to this Court's May 17, 2023 Charging Order (ECF No. 70).

Respectfully submitted,

*/s/ Michael B. Brown, Esq.*
Stephanie K. Baron (Fed. Bar No. 27417)
Michael B. Brown (Fed. Bar No. 19641)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21202
410.727.6464
sbaron@milesstockbridge.com
mbbrown@milesstockbridge.com

*Counsel for Culta, LLC,*
*Culta Ventures, LLC, and*
*Heirloom RE Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2024, a copy of the foregoing was served on all counsel of record via this Court's CM/ECF electronic filing system.

*/s/ Michael B. Brown, Esq.*
Michael B. Brown
